**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-1242C

(Filed: October 27, 2017)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| CARLOS PETERSON, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
OCT 27 2017
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

On September 22, 2017, this Court ordered Mr. Peterson to pay the filing fee associated with this case by October 13, 2017 because Mr. Peterson failed to allege facts showing he was under imminent threat of serious physical injury and previously filed at least three complaints that were dismissed as frivolous, malicious, or for failure to state a claim. Dkt. No. 5. Further, this Court informed Mr. Peterson that failure to comply with the order would result in the dismissal of his complaint for failure to prosecute under Rule 41(b) of this Court. As of this date, Mr. Peterson has not paid his filing fee. Therefore, the Clerk is directed to dismiss Mr. Peterson's complaint without prejudice for failure to prosecute.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge

7012 3460 0001 7791 8187